No. 90–145. LYONS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–147. FRYMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–162. ROCKFORD MEMORIAL CORP. ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–182. V–1 OIL CO. *v.* GERBER; and
No. 90–351. GERBER *v.* V–1 OIL CO. C. A. 10th Cir. Certiorari denied. Reported below: 902 F. 2d 1482.

No. 90–191. BUCKLEY ET AL. *v.* ELLIS. Ct. App. Colo. Certiorari denied.

No. 90–326. DATAPOINT CORP. *v.* NORTHERN TELECOM, INC. C. A. Fed. Cir. Certiorari denied.

No. 90–329. HARRIS ET AL. *v.* TRAYLOR BROS., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–335. SPARKS *v.* CHARACTER AND FITNESS COMMITTEE OF KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 90–337. VALLEY *v.* VALLEY. Ct. App. Ore. Certiorari denied.

No. 90–338. COFFEY *v.* PSLJ, INC. C. A. 4th Cir. Certiorari denied.

No. 90–339. CELOTEX CORP. *v.* JOHNSON ET UX. C. A. 2d Cir. Certiorari denied.

No. 90–343. MCMURRY *v.* AMOS, CHANCERY CLERK, COPIAH COUNTY, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–346. TOLEDO POLICE PATROLMAN'S ASSN., LOCAL 10, I. U. P. A., ET AL. *v.* CITY OF TOLEDO ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–347. VAN DYKEN *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.